UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WASHINGTON HEALTH CARE ASSOCIATION,

    Plaintiff,

v.

ROBIN ARNOLD-WILLIAMS, et al,

    Defendant.

Case No. C08-5427RJB

ORDER MODIFYING DECLARATORY JUDGMENT

    This matter comes before the court on the parties' Joint Statement re Order to Show Cause. Dkt. 46. The court has reviewed the relevant records, and the file herein.

    On January 14, 2009, the court entered an order (1) granting Washington Health Care Association's motion for summary judgment; and (2) granting a declaratory judgment that provided that RCW 18.20.440(1), (3), and (6)(a) and (b) are unconstitutional insofar as these provisions require boarding homes that had provider agreements in effect on March 28, 2008, and that withdrew from the Medicaid program after March 28, 2008, while those agreements were in effect, to continue to provide services to residents receiving Medicaid on the date of withdrawal (from Medicaid) and to private-pay residents who become eligible for Medicaid within 180 days of withdrawal (from Medicaid) because these provisions violate the U.S. const. art. 1, § 10, the Contract Clause of the United States Constitution; and (3) ordering the parties to show cause why judgment should not be

entered in favor of WHCA and the case closed. Dkt. 45.

On January 22, 2009, the parties filed a Joint Statement re Order to Show Cause, (1) informing the court that neither party intends to show cause why judgment should not be entered in favor of WHCA and the case closed; and (2) requesting that the court clarify the January 14, 2009 order by modifying the declaratory judgment. Dkt. 46.

The parties have shown good cause for modifying the court's January 14, 2009 order on motions for summary judgment. Accordingly, the declaratory judgment entered in this case is hereby modified to provide as follows:

Therefore, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment on First Cause of Action (Dkt. 14) is **GRANTED**, and a declaratory judgment is **GRANTED** as follows: RCW 18.20.440(1), (3) and 6(a) and (b) are unconstitutional as applied to all boarding homes that had provider agreements in effect on March 28, 2008, while those agreements remain in effect, because these provisions violated the U.S. const. Art. 1, sec. 10, the Contract Clause of the United States Constitution.

Judgment is hereby **ENTERED**, and this case is closed.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 23rd day of January, 2009.

_____
ROBERT J. BRYAN
United States District Judge