The Honorable Robert J. Bryan

*FILED RECEIVED LODGED FEB 20 2009 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WASHINGTON HEALTH CARE ASSOCIATION,

Plaintiff,

v.

ROBIN ARNOLD-WILLIAMS, et al.,

Defendants.

No. C08-5427 RJB

**STIPULATION AND ORDER RE COSTS AND ATTORNEYS' FEES**

IT IS HEREBY STIPULATED AND AGREED between the parties that, pursuant to 42 U.S.C. § 1988 and based on Plaintiff's pending Motion for Costs and Attorneys' Fees (Dkt. 48), Defendants will pay to Plaintiff the sum of $88,428.57 as an award of costs and attorneys' fees in this matter. Said fees to be paid to Plaintiff within ten (10) days of the date this Order is entered. Payment of said fees shall satisfy any and all claims for costs and attorneys' fees related to the above entitled matter.

DATED this 20th day of February, 2009.

LANE POWELL PC

By *s/Ryan P. McBride*
Barbara J. Duffy, WSBA No. 18885
Robin Dale, WSBA No. 22166
Ryan P. McBride, WSBA No. 33280
*Attorneys for Plaintiff*



08-CV-05427-ORD

STIPULATION AND ORDER RE ATTORNEY FEES
(NO. C08-5427 RJB)    1

120338.0009/1677165.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

ROBERT M. MCKENNA, Attorney General

By *s/ Catherine R. Hoover*
    Catherine R. Hoover, WSBA No. 22049
    Michael M. Young, WSBA No. 35562
    Assistant Attorneys General
    Attorneys for Defendants

**ORDER**

BASED ON THE FOREGOING STIPULATION, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendants shall pay to Plaintiff its costs and attorneys' fees in the sum of $88,428.57; it is further

ORDERED, ADJUDGED AND DECREED that said amount shall be paid to Plaintiff within ten (10) days of the date of entry of this Order.

Plaintiff's Motion for Costs and Attorneys' Fees (Dkt. 48) is moot.

DATED this 20 day in Feb, 2009.

_____
THE HONORABLE ROBERT J. BRYAN

Presented by:

LANE POWELL PC

By *s/Ryan P. McBride*
    Barbara J. Duffy, WSBA No. 18885
    Ryan P. McBride, WSBA No. 33280
*Attorneys for Plaintiff*

STIPULATION AND ORDER RE ATTORNEY FEES
(NO. C08-5427 RJB)     2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

120338.0009/1677165.1